ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
APR 10 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Hotels.com, Inc. and Subsidiaries

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Kim Marie Boylan

Firm Name: Latham & Watkins, LLP

Post Office Box: 06-285 T

Street Address: 555 11th Street, NW; Suite 1000

City-State-Zip: Washington, DC 20004

Telephone & Facsimile Numbers: 202-637-2235; 202-637-2201

E-mail address: kim.boylan@lw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 1 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $2,776,456 tax; $491,338 penalty plus $1,054,991 interest; plus interest provided by law or such greater amount as the court determines.

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005