# EXHIBIT 3

CERTIFIED MAIL 7004 0750 0000 1201 6455

Department of the Treasury
Internal Revenue Service
1100 Commerce Street, MC 4019 DAL
Dallas, TX 75242

Date: OCT 0 8 2004

Robert B. & Michelle S. Diener
Champlain Towers North
8877 Collins Avenue, PH A
Surfside, FL 33154-3524

Letter Number: 531 (DO)
Form Number:
1040
Taxpayer Identifying Number:
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
Person to Contact:
Notices Clerk
Telephone Number:
(214) 413-5162
Employee Identification Number:

Refer Reply To:
SE:S:C:F:TS:W:10:8:EXAM
Last Day to File a Petition With the United States Tax Court: JAN 0 6 2005

CERTIFIED MAIL

| | |
|---|---|
| Tax Year Ended: | December 31, 2000 |
| Deficiency: | |
| Increase in tax | $12,664,612.00 |
| Penalties or Additions to Tax | |
| IRC 6662(a) | 2,532,922.40 |

Dear Robert B. & Michelle S. Diener:

## NOTICE OF DEFICIENCY

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street, NW, Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

Mark W. Everson

Commissioner

By

Cherry Elder by [illegible]

Cherry Elder, Acting Territory Manager

Gulf States Technical Services

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

Letter 531 (DO) (Rev. 6-2003)
Catalog Number 40222A

OCT 0 8 2004

| Form 4089-B (October 1999) | Department of the Treasury — Internal Revenue Service<br>**Notice of Deficiency-Waiver** | Symbols<br>SE:S:C:P:TS:W:10.8:EXAM |
|---|---|---|

**Name and address of taxpayer(s)**
Robert B. and Michelle S. Diener
Champlain Towers North
8877 Collins Avenue, PH A
Surfside, FL 33154-3524

**Social Security or Employer Identification Number**
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

**Kind of tax**
Income

☑ Copy to authorized representative

John W. Porter, Baker Botts L.L.P.
910 Louisiana Street, Suite 3000
Houston, TX 77002-4995

Lisa Florentino
5550 LBJ Freeway, Suite 650
Dallas, TX 75240-2340

**DEFICIENCY — Increase in Tax and Penalties**

| | |
|---|---|
| Tax Year Ended: | December 31, 2000 |
| Deficiency: Increase in tax | $12,664,612.00 |
| Penalties | |
| IRC 6662(a) | 2,532,922.40 |

**See the attached explanation for the above deficiencies**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

**Your Signature** ➔ ______________________ *(Date signed)*

**Spouse's Signature** *(If A Joint Return Was Filed)* ➔ ______________________ *(Date signed)*

**Taxpayer's Representative Sign Here** ➔ ______________________ *(Date signed)*

**Corporate Name** ➔ ______________________

**Corporate Officers Sign Here** ➔ ____ *(Signature)* ____ *(Title)* ____ *(Date signed)*
➔ ____ *(Signature)* ____ *(Title)* ____ *(Date signed)*

**If you agree, please sign one copy and return it; keep the other copy for your records.**

OCT 0 0 2004

| Form 4089-B (October 1999) | Department of the Treasury — Internal Revenue Service **Notice of Deficiency-Waiver** | Symbols SE:S:C:F:TS:W:10:8:EXAM |
|---|---|---|

Name and address of taxpayer(s)

Robert B. and Michelle S. Diener
Champlain Towers North
8877 Collins Avenue, PH A
Surfside, FL 33154-3524

Social Security or Employer Identification Number

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

Kind of tax

Income

☑ Copy to authorized representative

John W. Porter, Baker Botts L.L.P.
910 Louisiana Street, Suite 3000
Houston, TX 77002-4995

Lisa Florentino
5550 LBJ Freeway, Suite 650
Dallas, TX 75240 2340

DEFICIENCY — Increase in Tax and Penalties

| | |
|---|---|
| Tax Year Ended: | December 31, 2000 |
| Deficiency: Increase in tax | $12,664,612.00 |
| Penalties | |
| IRC 6662(a) | 2,532,922.40 |

See the attached explanation for the above deficiencies

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

Your Signature ➤ ________________ *(Date signed)*

Spouse's Signature *(If A Joint Return Was Filed)* ➤ ________________ *(Date signed)*

Taxpayer's Representative Sign Here ➤ ________________ *(Date signed)*

Corporate Name ➤ ________________

Corporate Officers Sign Here ➤ ________________ *(Signature)* *(Title)* *(Date signed)*

➤ ________________ *(Signature)* *(Title)* *(Date signed)*

If you agree, please sign one copy and return it; keep the other copy for your records.

## Instructions for Form 4089 B

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary, that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For an agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**Optional Paragraphs**

A check in the block to the left of a paragraph below indicates that the paragraph applies to your situation.

☐ The amount shown as the deficiency may not be billed, since all or part of the refund due has been held to offset all or a portion of the amount of the deficiency. The amount that will be billed, if any, is shown on the attached examination report.

☐ The amount shown as a deficiency may not be billed, since the refund due will be reduced by the amount of the deficiency. The net refund due is shown on the attached examination report.

Continuation Sheet

| NAME: Robert B. and Michelle S. Diener | TIN: 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 |
|---|---|

Interest on Deficiencies

Interest on Deficiencies will accrue from the due date of the return until paid.

Accuracy-related Penalty IRC section 6662(a)

Since all or part of the underpayment of tax for the taxable year(s) is attributable to one or more of (1) negligence or disregard of rules or regulations, (2) any substantial understatement of income tax, or (3) any substantial valuation overstatement, an addition to the tax is charged as provided by section 6662(a) of the Internal Revenue Code. The penalty is twenty (20) percent of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

Name of Taxpayer: Robert B. & Michelle S. Diener
Identification Number: 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 Total

SUMMARY OF THE ACCURACY-RELATED PENALTY

2000 - 20% PENALTY ISSUES - Section 6662(a) and 6662(b)

It has been determined that the underpayment of tax shown on line 5 below is attributable to one or more of the following elements of the accuracy-related penalty: (1) negligence or disregard of rules or regulations, (2) substantial understatement of income tax, or (3) substantial valuation overstatement, therefore, an addition to tax is imposed as provided by Section 6662(a) of the Internal Revenue Code.

| | |
|---|---|
| 1. Total tax computed with non-penalty adjustments and adjustments subject to penalty under Section 6662(b) | 12,664,612.00 |
| 2. Total tax computed with non-penalty adjustments only | 0.00 |
| 3. Line 1 less line 2 - Underpayment to which Section 6662(a) applies | 12,664,612.00 |
| 4. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 1 & 2) | 0.00 |
| 5. Line 3 less line 4 - Underpayment subject to penalty | 12,664,612.00 |
| 6. Applicable penalty rate | 20.00% |
| 7. Line 5 multiplied by line 6 | 2,532,922.40 |
| 8. Previously assessed 20% Accuracy Penalty | 0.00 |
| 9. Line 7 less line 8 - 20% Accuracy-related penalty | 2,532,922.40 |

2000 - 40% PENALTY ISSUES - Section 6662(h)

It has been determined that the underpayment of tax shown on line 14 below is attributable to a gross valuation misstatement, therefore, an addition to tax is imposed as provided by Section 6662(h) of the Internal Revenue Code.

| | |
|---|---|
| 10. Total tax computed with non-penalty adjustments, adjustments subject to penalty under IRC 6662(a) and adjustments subject to penalty under IRC 6662(h) | 0.00 |
| 11. Total tax from line 1 above | 12,664,612.00 |
| 12. Line 10 less line 11 - Underpayment to which Section 6662(h) applies | 0.00 |
| 13. Allocable Prepayment Credits (other than EIC and Special Fuels Credits included in lines 10 & 11) | 0.00 |
| 14. Line 10 less line 11 - Underpayment subject to penalty | 0.00 |
| 15. Applicable penalty rate | 0.00% |
| 16. Line 14 multiplied by line 15 | 0.00 |
| 17. Previously assessed 40% Accuracy Penalty | 0.00 |
| 18. Line 16 less line 17 - 40% Accuracy-related penalty | 0.00 |
| 19. Line 9 plus line 18 - Total ACCURACY-RELATED PENALTY | 2,532,922.40 |

OCT 3 0 2001

Page 1 of 2

| Substitute for Form 5278 | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** | 1. Office Symbols: SE:S:C:F:TS:W:10:8:EXAM |
|---|---|---|

| 2. Name(s) of Taxpayer(s) | 3. |
|---|---|
| Robert B. & Michelle S. Diener | ☑ Notice of Deficiency<br>☐ Settlement Computation<br>☐ Other (Specify) |
| 4. TIN 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   5. Form Number 1040 | 6. Court docket number |

| 7. Adjustments to Income | Tax Years Ended: Year: 12/31/2000 | Year: | Year: |
|---|---|---|---|
| a. Capital Gain or Loss | 57,280,288.00 | | |
| b. Sch E - Trust Loss | 3,422,068.00 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| 8. Total Adjustments | 60,702,356.00 | | |
| 9. a. Taxable Income<br>b. As shown in:<br>☐ Preliminary letter dated<br>☐ Notice of deficiency date<br>☑ Return as filed | 49,423,403.00 | | |
| 10. Taxable Income as Revised | 110,125,759.00 | | |
| 11. Tax | 22,548,062.00 | | |
| 12. Alternative Tax, If Applicable | 0.00 | | |
| 13. Corrected Tax Liability | 22,548,062.00 | | |
| 14. Less Credits (Specify) a. Foreign Tax Credit | 16,691.00 | | |
| b. | | | |
| c. | | | |
| 15. Balance (Line 13 less amounts on lines 14a – 14c) | 22,531,371.00 | | |
| 16. Plus a. Household Employment Tax | 1,804.00 | | |
| b. | | | |
| c. | | | |
| 17. Total Corrected Income Tax Liability (Line 15 plus total of lines 16a through 16c) | 22,533,175.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 9,868,563.00 | | |
| 19. Adjustment to: a. Credit -- Federal Tax Paid on Fuels | 0.00 | | |
| b. | | | |
| c. | | | |
| 20. Increase in Tax or (Overassessment – Decrease in Tax) (Line 17 adjusted by Lines 18 and 19) | 12,664,612.00 | | |

21. Additions/Adjustments to the Tax:

Accuracy-IRC 6662   2,532,922.40

SEE ATTACHMENT FOR NOTICES AND OTHER INFORMATION

Form CG-5278

Taxpayer: Robert B. & Michelle S. Diener
TIN: 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 Tax Periods: 12/31/2000

OTHER INFORMATION

The Internal Revenue Service has agreements with State tax agencies under which information about Federal tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the required State form.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income and do not pay the required tax. The IRS may order backup withholding at 20 percent after four notices have been issued to you over a 120-day period and the tax has been assessed and remains unpaid.

**TAXPAYER: Robert B. and Michelle S. Diener** **TAX YEAR: December 31, 2000**

**EXPLANATION OF ADJUSTMENTS**

7a.
It has been determined that you did not correctly report the fair market value of the HRN, Inc. stocks received upon the sale of the assets and liabilities of TMF Incorporation and HRN Marketing Corporation. Accordingly, we have adjusted the net gain reported from the receipt of the stocks as shown on the attached schedule.

7b.
We have disallowed a portion of the loss claimed from the TMF Liquidating Trust. The amount deducted as employee compensation has not been substantiated as to amount or deductibility.

11.
Your tax has been computed using the rates that apply to married individuals filing jointly.

After May 6, 1997 the maximum rate of tax on your net capital gain may be 10 percent, 20 percent, 25 percent, 28 percent or a combination of those rates. Thus, your taxes have been adjusted accordingly as shown on the attached schedule.

12.
Due to other adjustments on your return, you no longer owe alternative minimum tax as shown on the attached schedule.

TAXPAYER: Robert B. and Michelle S. Diener — TAX YEAR: December 31, 2000

**Computation of Sch D, Line 12 Net Long-Term Gains from Trusts**

| | Ownership Percentage | Capital Gain per Return (1) | Capital Gain per Exam (2) | Adjustment |
|---|---|---|---|---|
| **Gain on receipt of HRN, Inc. stock** | | | | |
| Robert Diener | 37.500% | 17,039,184.00 | 59,999,403.00 | |
| Robert Diener, Irrevocable Trust | 9.700% | 4,407,469.00 | 15,519,844.00 | |
| Joshua Diener, Exempt GS Trust | 0.933% | 424,071.00 | 1,493,264.00 | |
| Brianna Diener, Exempt GS Trust | 0.933% | 424,071.00 | 1,493,264.00 | |
| Allison Diener, Exempt GS Trust | 0.934% | 424,116.00 | 1,493,424.00 | |
| | 50.000% | 22,718,911.00 | 79,999,199.00 | 57,280,288.00 |
| **Other nonexamined long-term gains** | | | | |
| Installment gain | | 26,024,975.00 | 26,024,975.00 | 0.00 |
| Other flow-through capital gains | | 1,026,164.00 | 1,026,164.00 | 0.00 |
| **Sch D, line 12** | | 49,770,050.00 | 107,050,338.00 a. | 57,280,288.00 |

1 Gain based on FMV determined by taxpayer (50% of 9,999,900 shares @ $4.5438 per share)
2 Gain based on FMV determined by HRN, Inc. (50% of 9,999,900 @ $16.00 per share)

**Sch D, Part II Long-Term Capital Gain and Losses**

| | Per Return | Per Exam | Adjustment |
|---|---|---|---|
| Line 8 | (185,638.00) | (185,638.00) | |
| Line 9 | 152,955.00 | 152,955.00 | |
| Line 11 | 1,704.00 | 1,704.00 | |
| Line 12 | 49,770,050.00 | 107,050,338.00 a. | |
| Line 13 | 299,123.00 | 299,123.00 | |
| Total Long-Term Capital Gain | 50,038,194.00 | 107,318,462.00 | 57,280,288.00 |

Name of Taxpayer: Robert B. & Michelle S. Diener
Identification Number: 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 Total

## 2000 - SCHEDULE D - CAPITAL GAINS AND LOSSES

| | |
|---|---|
| 1. Short-term capital gain or loss | 466,103.00 |
| 2. Short-term capital loss carryover | 0.00 |
| 3. Net Short-term Gain or Loss (Add line 1 and 2) | 466,103.00 |
| 4. Long-term capital gain or loss | 107,318,482.00 |
| 5. Long-term capital gain or loss carryover | 0.00 |
| 6. Net long-term Gain or Loss (Add line 4 and 5) | 107,318,482.00 |
| 7. Sum of lines 3 and 6 - Net Capital Gain or Loss | 107,784,585.00 |
| 8. Capital loss limitation | 0.00 |
| 9. Capital Gain or Loss - As Corrected | 107,784,585.00 |
| 10. Capital Gain or Loss - Per Return | 50,504,297.00 |
| 11. Line 9 less line 10 - Adjustment to Income | 57,280,288.00 |
| **CORRECTED CARRYOVER** | |
| 12. Short-term Carryover to Subsequent Year | 0.00 |
| 13. Long-term Carryover to Subsequent Year | 0.00 |
| **COMPUTATION OF ALTERNATE TAX** | |
| 14. Taxable Income | 110,125,759.00 |
| 15. Smaller of line 6 or line 7 | 107,318,482.00 |
| 16. Form 4952, line 4e | 0.00 |
| 17. Subtract line 16 from line 15 | 107,318,482.00 |
| 18. Combine line 3 and Total 28% Rate Gain (not less than 0) | 466,103.00 |
| 19. Smaller of line 18 and Total 28% Rate Gain | 0.00 |
| 20. Unrecaptured Section 1250 Gain | 313.00 |
| 21. Add line 19 and 20 | 313.00 |
| 22. Subtract line 21 from line 17 (not less than 0) | 107,318,169.00 |
| 23. Subtract line 22 from line 14 (not less than 0) | 2,807,590.00 |
| 24. Smaller of line 14 or 43,850.00 | 43,850.00 |
| 25. Smaller of line 23 or line 24 | 43,850.00 |
| 26. Subtract line 17 from line 14 (not less than 0) | 2,807,277.00 |
| 27. Larger of line 25 or line 26 | 2,807,277.00 |
| 28. Tax on amount on line 27 | 1,084,350.00 |
| 29. Amount from line 24 | 43,850.00 |
| 30. Amount from line 23 | 2,807,590.00 |
| 31. Subtract line 30 from line 29 (not less than 0) | 0.00 |
| 32. Multiply line 31 by 10% | 0.00 |
| 33. Smaller of line 14 or line 22 | 107,318,169.00 |
| 34. Amount from line 31 | 0.00 |
| 35. Subtract line 34 from line 33 (not less than 0) | 107,318,169.00 |
| 36. Multiply line 35 by 20% | 21,463,634.00 |
| 37. Smaller of line 17 or line 20 | 313.00 |
| 38. Add lines 17 and 27 | 110,125,759.00 |
| 39. Amount from line 14 | 110,125,759.00 |
| 40. Subtract line 39 from line 38 | 0.00 |
| 41. Subtract line 40 from line 37 | 313.00 |
| 42. Multiply line 41 by 25% | 78.00 |
| 43. Amount from line 14 | 110,125,759.00 |
| 44. Add lines 27, 31, 35, and 41 | 110,125,759.00 |
| 45. Subtract line 44 from line 43 | 0.00 |
| 46. Multiply line 45 by 28% | 0.00 |
| 47. Add lines 28, 32, 36, 42, and 46 - Alternative Tax | 22,548,062.00 |

Name of Taxpayer: Robert B. & Michelle S. Diener
Identification Number: 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 Total

2000 - FORM 6251 - ALTERNATIVE MINIMUM TAX COMPUTATION

| | |
|---|---|
| 1. Total Adjustments and Preferences | 147,271.00 |
| 2. Tax Table Income (from Form 1040, line 37) | 110,125,759.00 |
| 3. Net Operating Loss Deduction | 0.00 |
| 4. Itemized Deduction Limitation (from Schedule A Worksheet) | ($131,499.00) |
| 5. Combine lines 1 through 4 | 110,141,531.00 |
| 6. Alternative Tax Net Operating Loss Deduction | 0.00 |
| 7. Alternative Minimum Taxable Income | 110,141,531.00 |
| 8. Exemption Amount | 0.00 |
| 9. Subtract line 8 from line 7 (if 0 or less, enter 0) | 110,141,531.00 |
| 10. If line 9 is $175,000 or less ($87,500 or less if married filing separate) multiply line 9 by 26% | 22,250,666.00 |
| 11. Alternative Minimum Tax Foreign Tax Credit | 16,691.00 |
| 12. Tentative Minimum Tax (Subtract 11 form 10) | 22,233,975.00 |
| 13. Regular Tax Before Credits (less Foreign Tax Credit) | 22,531,371.00 |
| 14. Alternative Minimum Tax (before credit) | 0.00 |
| 15. Empowerment Zone Employment Credit | 0.00 |
| 16. Net Alternative Minimum Tax (line 14 less line 15) | 0.00 |

EXEMPTION WORKSHEET (Line 8)

| | |
|---|---|
| A. Exemption amount based on filing status | 45,000.00 |
| B. Alternative Minimum Taxable Income (line 7) | 110,141,531.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separate) | 150,000.00 |
| D. Subtract line C from line B | 109,991,531.00 |
| E. Multiply line D by 25% | 27,497,883.00 |
| F. Subtract line E from line A (if zero or less, enter 0) | 0.00 |

Name of Taxpayer: Robert B. & Michelle S. Diener
Identification Number: 261-11 5011 Total

2000 - FORM 6251 - CONTINUATION, USING MAXIMUM CAPITAL GAINS RATES
COMPUTATION OF LINE 10 WHEN SCHEDULE D IS COMPLETED

| | |
|---|---|
| 1. Amount from Form 6251 Report, line 9 | 110,141,531.00 |
| 2. Amount from Schedule D Report, line 22 (refigured for AMT) | 107,318,169.00 |
| 3. Amount from Schedule D Report, line 20 (refigured for AMT) | 313.00 |
| 4. Add line 2 and 3 | 107,318,482.00 |
| 5. Amount from Schedule D Report, line 17 (refigured for AMT) | 107,318,482.00 |
| 6. Smaller of line 4 or line 5 | 107,318,482.00 |
| 7. Subtract line 6 from line 1 | 2,823,049.00 |
| 8. If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from result | 786,954.00 |
| 9. Amount from Schedule D Report, line 31 | 0.00 |
| 10. Smallest of line 1, 2, or line 9 | 0.00 |
| 11. Multiply line 10 by 10% | 0.00 |
| 12. Smaller of line 1 or line 2 | 107,318,169.00 |
| 13. Amount from line 10 | 0.00 |
| 14. Subtract line 13 from line 12 (not less than 0) | 107,318,169.00 |
| 15. Multiply line 14 by 20% | 21,463,634.00 |
| 16. Amount from line 1 | 110,141,531.00 |
| 17. Add lines 7, 10, and 14 | 110,141,218.00 |
| 18. Subtract line 17 from line 16 | 313.00 |
| 19. Multiply line 18 by 25% | 78.00 |
| 20. Add lines 8, 11, 15, and 19 | 22,250,666.00 |
| 21. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from result | 30,836,129.00 |
| 22. Smaller of line 20 or 21, enter here and on line 10 of Form 6251 Report | 22,250,666.00 |