# EXHIBIT 4

CERTIFIED MAIL 7004 0750 0000 1624 2089

**Department of the Treasury**
**Internal Revenue Service**
1100 Commerce Street, STOP 4019 DAL
Dallas, TX 75242

Date: FEB 1 0 2006

Hotels.com & Subsidiaries
(Formerly Known As: HRN, Inc. & Subsidiary)
10440 N. Central Expressway, Suite 400
Dallas, TX 75231-2218

Letter Number: 531 (DO)
Form Number:
1120
Taxpayer Identifying Number:
75-2817683
Person to Contact:
Notices Clerk
Telephone Number:
(214) 413-5162
Employee Identification Number:

Refer Reply To:
SE:S:E:TS:GSA:8
Last Day to File a Petition With the United States Tax Court:
MAY 1 1 2006
CERTIFIED MAIL

| | |
|---|---|
| Tax Year Ended: | December 31, 2000 |
| Deficiency: | |
| Increase in tax | $2,776,456.00 |
| Penalties or Additions to Tax | |
| IRC 6662 | 491,338.00 |

Dear Taxpayer:

**NOTICE OF DEFICIENCY**

We have determined that you owe additional tax or other amounts, or both, for the tax year(s) identified above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court for a redetermination of the deficiency. You can get a copy of the rules for filing a petition and a petition form you can use by writing to the address below.

United States Tax Court, 400 Second Street, NW, Washington, DC 20217

The Tax Court has a simplified procedure for small tax cases when the amount in dispute for each tax year is $50,000 or less. If you intend to file a petition for multiple tax years and the amount in dispute for any one or more of the tax years exceeds $50,000, this simplified procedure is not available to you. If you use this simplified procedure, you cannot appeal the Tax Court's decision. You can get information pertaining to the simplified procedure for small cases from the Tax Court by writing to the court at the above address or from the court's internet site at www.ustaxcourt.gov.

**Letter 531 (DO) (Rev. 6-2003)**
Catalog Number 40222A

Send the completed petition form, a copy of this letter, and copies of all statements and/or schedules you received with this letter to the Tax Court at the above address. The Court cannot consider your case if the petition is filed late. The petition is considered timely filed if the postmark date falls within the prescribed 90 or 150 day period and the envelope containing the petition is properly addressed with the correct postage.

The time you have to file a petition with the court is set by law and cannot be extended or suspended. Thus, contacting the Internal Revenue Service (IRS) for more information, or receiving other correspondence from the IRS won't change the allowable period for filing a petition with the Tax Court.

As required by law, separate notices are sent to husbands and wives. If this letter is addressed to both husband and wife, and both want to petition the Tax Court, both must sign and file the petition or each must file a separate, signed petition. If more than one tax year is shown above, you may file one petition form showing all of the years you are contesting.

You may represent yourself before the Tax Court, or you may be represented by anyone admitted to practice before the Tax Court.

If you decide not to file a petition with the Tax Court, please sign the enclosed waiver form and return it to us at the IRS address on the top of the first page of this letter. This will permit us to assess the deficiency quickly and can help limit the accumulation of interest.

If you decide not to sign and return the waiver, and you do not file a petition with the Tax Court within the time limit, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

NOTE: If you are a C-corporation, section 6621(c) of the Internal Revenue Code requires that we charge an interest rate two percent higher than the normal rate on corporate underpayments in excess of $100,000.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, *Helpful Contacts for Your "Notice of Deficiency"*, for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,

Mark W. Everson

Commissioner

By
Janet A. Miller

Janet A. Miller, Territory Manager JW

Technical Services, Gulf States Area

Enclosures:
Explanation of tax changes
Waiver
Notice 1214

**Letter 531 (DO) (Rev. 6-2003)**
Catalog Number 40222A

Continuation Sheet

NAME: Hotels.com & Subsidiaries TIN: 75-2817683

Interest on Deficiencies

Interest on Deficiencies will accrue from the due date of the return until paid.

Accuracy-Related Penalty - IRC section 6662

Since all or part of the underpayment of tax for the taxable period ended December 31, 2000 is attributable to one or more of (1) negligence or disregard of rules or regulations, (2) any substantial understatement of income tax, or (3) any substantial valuation overstatement, an addition to the tax is charged as provided by section 6662(a) of the Internal Revenue Code. The penalty is twenty (20) percent of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

FEB 1 0 2006

| Form 4089 (Rev. January 1983) | Department of the Treasury – Internal Revenue Service **Notice of Deficiency - Waiver** | Symbols SE:S:E:TS:GSA:8 |
|---|---|---|

Name, SSN or EIN, and address of Taxpayer(s)
Hotels.com & Subsidiaries EIN75-2817683
(Formerly Known As: HRN, Inc. & Subsidiary)
10440 N Central Expressway, Ste 400
Dallas, Texas 75231-2218

| Kind of Tax Income | ☑ Copy to Authorized Representative | |
|---|---|---|
| | Deficiency | |
| Tax Year Ended | Increase in Tax | Penalties |
| 12/31/2000 | $2,776,456.00 | $491,338.00 |

**See the attached explanation for the above deficiencies**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

| | | |
|---|---|---|
| Your Signature | ▶ | (Date signed) |
| Spouse's Signature, If a Joint Return Was Filed | ▶ | (Date signed) |
| Taxpayer's Representatives Sign Here | ▶ | (Date signed) |
| Corporate Name: | | |
| Corporate Officers Sign Here | ▶ | (Date signed) |
| | ▶ | (Date signed) |

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For any agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**If you agree, please sign one copy and return it; keep the other copy for your records.**

Cat. No. 22850Y www.irs.gov Form 4089 (Rev. 1-1983)

FEB 1 0 2006

| Form **4089** (Rev. January 1983) | Department of the Treasury – Internal Revenue Service **Notice of Deficiency - Waiver** | Symbols SE:S:E:TS:GSA:8 |
|---|---|---|

**Name, SSN or EIN, and address of Taxpayer(s)**
Hotels.com & Subsidiaries EIN75-2817683
(Formerly Known As: HRN, Inc. & Subsidiary)
10440 N Central Expressway, Ste 400
Dallas, Texas 75231-2218

| Kind of Tax Income | ☑ Copy to Authorized Representative | |
|---|---|---|
| | Deficiency | |
| **Tax Year Ended** | **Increase in Tax** | **Penalties** |
| 12/31/2000 | $2,776,456.00 | $491,338.00 |

**See the attached explanation for the above deficiencies**

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest provided by law.

| | | |
|---|---|---|
| **Your Signature** | ▶ | (Date signed) |
| **Spouse's Signature, If a Joint Return Was Filed** | ▶ | (Date signed) |
| **Taxpayer's Representatives Sign Here** | ▶ | (Date signed) |
| **Corporate Name:** | | |
| **Corporate Officers Sign Here** | ▶ | (Date signed) |
| | ▶ | (Date signed) |

**Note:**

If you consent to the assessment of the amounts shown in this waiver, please sign and return it in order to limit the accumulation of interest and expedite our bill to you. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are entitled to a refund. It will not prevent us from later determining, if necessary that you owe additional tax; nor will it extend the time provided by law for either action.

If you later file a claim and the Internal Revenue Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

**Who Must Sign**

If this waiver is for any year(s) for which you filed a joint return, both you and your spouse must sign the original and duplicate of this form. Sign your name exactly as it appears on the return. If you are acting under power of attorney for your spouse, you may sign as agent for him or her.

For any agent or attorney acting under a power of attorney, a power of attorney must be sent with this form if not previously filed.

For a person acting in a fiduciary capacity (executor, administrator, trustee), file Form 56, Notice Concerning Fiduciary Relationship, with this form if not previously filed.

For a corporation, enter the name of the corporation followed by the signature and title of the officer(s) authorized to sign.

**If you agree, please sign one copy and return it; keep the other copy for your records.**

Cat. No. 22650Y www.irs.gov Form **4089** (Rev. 1-1983)

Taxpayer: Hotels.com & Subsidiaries Tax Year: December 31, 2000
(Formerly Known As: HRN, Inc. and Subsidiary)

**Attachment to Form 4089**

**Statement**

Hotels.com & Subsidiaries
(Formerly Known As: HRN, Inc. and Subsidiary)
10440 N Central Expressway, Suite 400
Dallas, TX 75231-2228

**Returns Examined**

| | Form | TIN | Taxable Year Ended |
|---|---|---|---|
| **Parent Corporation:**<br>Hotels.com & Subsidiaries<br>(Formerly Known As: HRN, Inc. and Subsidiary) | 1120 | 75-2817683 | December 31, 2000 |
| **Subsidiary Company:**<br>HRN Marketing Services, Inc. | 1120 | 75-2872045 | December 31, 2000 |

Page of

| Substitute for Form 5278 | Department of the Treasury - Internal Revenue Service **Income Tax Examination Changes** | 1. Office Symbols: SE:S:E:TS:GSA:8 |
|---|---|---|

| 2. Name(s) of taxpayer(s) | 3. ☑ Notice of Deficiency ☐ Settlement Computation ☐ Other (Specify) |
|---|---|
| Hotels.com & Subsidiary (Formerly Known As: HRN, Inc. & Subsidiary) | |

| 4. TIN 75-2817683 | 5. Form Number 1120 | 6. Court docket number |
|---|---|---|

| 7. Adjustments to Income | Tax Years Ended: 12/31/2000 | | |
|---|---|---|---|
| a. Amortization | 7,932,732.00 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| 8. Total Adjustments | 7,932,732.00 | | |
| 9. a. ☑ Taxable income ☐ Adjusted gross income<br>b. As shown in:<br>☐ Preliminary letter dated<br>☑ Notice of deficiency dated<br>☐ Return as filed | 31,706,740.00 | | |
| 10. ☑ Taxable Income as Revised<br>☐ Adjusted gross income as revised | 39,639,472.00 | | |
| 11. Tax from: ☐ tax tables ☑ tax rate schedules ☐ other | 13,873,815.00 | | |
| 12. Alternative Tax if applicable *(from page ________)* | 0.00 | | |
| 13. Corrected Tax Liability *(lesser of line 11 or 12)* | 13,873,815.00 | | |
| 14. Less Credits (Specify) a. | | | |
| b. Total Credits (See attached schedule) | 0.00 | | |
| c. | | | |
| 15. Balance (Line 13 less amounts on lines 14a – 14c) | 13,873,815.00 | | |
| 16. Plus a. | | | |
| b. Other Taxes (See attached schedule) | 0.00 | | |
| c. | | | |
| 17. Total Corrected Income Tax Liability (Line 15 plus total of lines 16a through 16c) | 13,873,815.00 | | |
| 18. Total Tax Shown on Return or as Previously Adjusted | 11,097,359.00 | | |
| 19. Adjustment to: | | | |
| A. | | | |
| B. | | | |
| 20. Increase in Tax or *(Overassessment – Decrease in Tax)* *(Line 17 adjusted by Lines 18 and 19)* | 2,776,456.00 | | |
| 21. Additions/Adjustments to the Tax:<br>Accuracy - 6662 | 491,338.00 | | |

RGS Version 6.30.00 Form CG-5278

TAXPAYER: **Hotels.com & Subsidiaries** TAX YEAR: **December 31, 2000**
**(Formerly Known As: HRN, Inc. & Subsidiaries)**

## EXPLANATION OF ADJUSTMENTS

7a.
The value of goodwill attributable to the issuance of restricted stock has been decreased to reflect the value of the restricted stock issued for the purchase of TMF, Inc. and HRN Marketing Corporation, and amortization for the goodwill has been reduced accordingly.

In addition to the above goodwill, the amortization of goodwill for an asset that was incorrectly computed due to an error of placed-in-service date, and the amortization of goodwill for an asset omitted from the return have been allowed.

IRS Department of the Treasury Internal Revenue Service Notice 1214 (Rev. 2-2004) Catalog Number 26162Z

# Helpful Contacts for Your "Notice of Deficiency"

Do you have questions/concerns about this *"Notice of Deficiency"*? **First contact the person whose name and telephone number appear at the top of your letter.** This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? This assistance **is not** a substitute for established IRS procedures, formal Appeals processes, etc. The Taxpayer Advocate **cannot** reverse legal or technically correct tax determinations, nor extend the time allowed by law to file a petition in the U.S. Tax Court. However, the Taxpayer Advocate **can** give your tax matter proper and prompt handling when unresolved through normal channels. You can call toll-free 1-877-777-4778 and ask for Taxpayer Advocate assistance, or call the telephone number of the Taxpayer Advocate for the IRS office listed below that issued this *"Notice of Deficiency."*

**ALABAMA**
**Birmingham Office**
Taxpayer Advocate
801 Tom Martin Dr.
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
**Anchorage Office**
Taxpayer Advocate
949 East 36th Ave., Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
**Phoenix Office**
Taxpayer Advocate
210 E. Earll Drive, Stop 1005-PHX
Phoenix, AZ 85012
(602) 207-8240

**ARKANSAS**
**Little Rock Office**
Taxpayer Advocate
700 West Capitol St., Stop 1005-LIT
Little Rock, AR 72201
(501) 324-6269

**CALIFORNIA**
**Laguna Niguel Office**
Taxpayer Advocate
24000 Avila Road-Room 3362
Laguna Niguel, CA 92677
(949) 389-4804

**Los Angeles Office**
Taxpayer Advocate
300 N. Los Angeles St.
Stop 6710 Room 5109
Los Angeles, CA 90012
(213) 576-3140

**Oakland Office**
Taxpayer Advocate
1301 Clay St. # 1540S
Oakland, CA 94612
(510) 637-2703

**Sacramento Office**
Taxpayer Advocate
4330 Watt Ave.
Sacramento, CA 95821
(916) 974-5007

**San Jose Office**
Taxpayer Advocate
55 S. Market St., Stop HQ000-4
San Jose, CA 95113
(408) 817-6850

**COLORADO**
**Denver Office**
Taxpayer Advocate
600 17th St., Stop 1005-DEN
Denver, CO 80202-2490
(303) 446-1012

**CONNECTICUT**
**Hartford Office**
Taxpayer Advocate
135 High St., Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
**Wilmington Office**
Taxpayer Advocate
409 Silverside Rd.
Wilmington, DE 19809
(302) 791-4502

**DISTRICT OF COLUMBIA**
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

**FLORIDA**
**Ft. Lauderdale Office**
Taxpayer Advocate
7850 SW 6th Court
Plantation, FL 33324
(954) 423-7677

**Jacksonville Office**
Taxpayer Advocate
841 Prudential Dr., Suite 100
Stop: TA:Atlanta/Intl: JAX
Jacksonville, FL 32207
(904) 665-1000

**GEORGIA**
**Atlanta Office**
Taxpayer Advocate
401 W. Peachtree St., NW,
Summit Building
Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
**Honolulu Office**
Taxpayer Advocate
Stop H-405
300 Ala Moana Blvd., #50089
Honolulu, HI 96850
(808) 539-2870

**IDAHO**
**Boise Office**
Taxpayer Advocate
550 West Fort St., Box 041
Boise, ID 83724
(208) 334-1324

**ILLINOIS**
**Chicago Office**
Taxpayer Advocate
230 S. Dearborn St.
Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

**Springfield Office**
Taxpayer Advocate
320 W. Washington St.
Stop 1005-SPD
Springfield, IL 62701
(217) 527-6382

**INDIANA**
**Indianapolis Office**
Taxpayer Advocate
575 N. Pennsylvania St., Stop TA770
Indianapolis, IN 46204
(317) 226-6332

**IOWA**
**Des Moines Office**
Taxpayer Advocate
210 Walnut St., Stop 1005- DSM
Des Moines, IA 50309
(515) 284-4780

**KANSAS**
**Wichita Office**
Taxpayer Advocate
271 W. 3rd St., North
Stop 1005-WIC
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
**Louisville Office**
Taxpayer Advocate
600 Dr. MLK Jr. Place
Federal Building-Room 622
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
**New Orleans Office**
Taxpayer Advocate
600 South Maestri Pl., Stop 2
New Orleans, LA 70130
(504) 558-3001

**MAINE**
**Augusta Office**
Taxpayer Advocate
68 Sewall St., Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
**Baltimore Office**
Taxpayer Advocate
31 Hopkins Plaza Room 940
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
**Boston Office**
Taxpayer Advocate
25 New Sudbury St.
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
**Detroit Office**
Taxpayer Advocate
McNamara Federal Building
477 Michigan Ave. - Room 1745
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
**St. Paul Office**
Taxpayer Advocate
Stop 1005-STP
316 North Robert St.
St. Paul, MN 55101
(651) 312-7998