# EXHIBIT 5

Hotels.com
2000 IRS Form 1120X, Refund Claim
Attachment 5



INTERNAL REVENUE SERVICE-FA
RECEIVED WITH REMITTANCE
MAR 09 2006
BELLEVUE, WA

expedia inc.

Internal Revenue Service
520 112th Ave. N.E.
Bellevue, WA 98004

Re: Hotels.com & Subsidiaries (f/k/a HRN, Inc. & Subsidiary), Form 1120, taxable year ended December 31, 2000, Taxpayer Identifying Number 75-2817683

Dear Sir or Madam:

Enclosed please find our check number 35083 in the amount of $4,322,785. This amount should be credited as follows:

| | |
|---|---|
| Payment of tax | $2,776,456 |
| Penalty | $ 491,338 |
| Interest | $1,054,991 |

We have attached a copy of the payment information provided to us by the Internal Revenue Service. Please date stamp the copy of this letter.

If there are any questions, please contact me at (425)679-7337.

Very truly yours,

Fran Erskine

...rnal Revenue Service-FA
Received
...09 2006
...fficial receipt
...very Only
...WA


VOID

Hotels.com Page 2 of 2
2000 IRS Form 1120X, Refund Claim
Attachment 5

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Farmers Branch, TX 75244**

LARGE AND MID-SIZE

INTERNAL REVENUE SERVICE-FA
RECEIVED WITH REMITTANCE
MAR 09 2006
BELLEVUE, WA

March 8, 2006

Mr. Randy Pedersoli
Expedia
Via Fax

Re: Hotels.com and Subsidiary
Form 1120 12/31/2000

Dear Mr. Pedersoli:

These figures supersede the figures forwarded to you yesterday in response to your request for an advance payment figure related to the Statutory Notice of Deficiency for Hotels.com for the 2000 tax period. I have provided a summary of the total amount due which includes proposed tax, penalty and interest. Additionally, I am forwarding computation schedules for interest on the proposed tax and penalty. These computations assume payment is made prior to 3/10/2006 and that the provisions of IRC §6621(c) for additional interest on large corporate underpayments do not apply.

| | | |
|---|---|---|
| Tax | $ | 2,776,456 |
| Penalty | | 491,338 |
| Interest | | 1,054,991 |
| Total due | $ | 4,322,785 |

Please call me at (972)308-1287 if you have questions. Thanks.

Sincerely,

Susan Weiss
Internal Revenue Agent
ID #75-11121