ORIGINAL

ECF

FILED
APR 10 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Hotels.com, Inc. and Subsidiaries,

Plaintiff,

v.

The United States of America,

Defendant.

No. 06-285 T

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2, Plaintiffs, Hotels.com, Inc. and Subsidiaries ("Hotels.com") hereby gives notice to all parties who have appeared in *Litman et al. v. United States*, No. 05-cv-956 (Ct. Fed. Cl.) of this directly related action. The present action is directly related under RCFC 40.2 as it involves the same parties and is based on the same or similar claims, and it also involves the same contract.

Dated: 10 April 2006

Respectfully submitted,

By [signature]

KIM MARIE K. BOYLAN
Attorney of Record
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2235
(202) 637-2201

Of Counsel
MCGEE GRIGSBY
KARI M. LARSON
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
(202) 637-2201

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I caused to be served the foregoing document via e-mail and U.S. Mail a true copy thereof to the persons at the addresses set forth below:

John William Porter
Baker & Botts
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995
e-mail: john.porter@bakerbotts.com

Cory Arthur Johnson
U.S. Department of Justice – Tax Division
555 4th Street, N.W.
Room 8122
Washington, DC 20001
e-mail: coary.a.johnson@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct. Dated in Washington, D.C. this 10th day of April, 2006.

Kari Larson
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Tel. (202) 637-1018
Fax (202) 637-2201