**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.** | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 06-285 T** |
| | ) | **(Christine O. C. Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendant** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Cory A. Johnson as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Cory A. Johnson, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: April 11, 2006

s/ Cory A. Johnson
CORY A. JOHNSON
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-3046
(202) 514-9440 fax