# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.**, *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** * (Filed Apr. 13, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 10, 2006, plaintiffs filed along with their Complaint, Plaintiffs' Motion for Consolidation, as well as a Notice of Directly Related Case. Pursuant to RCFC 7.2(a), the court expedites briefing. See Order in Litman *et al.* v. United States, Nos. 05-956T & 05-971T, ¶ 3 (Fed. Cl. Mar. 20, 2006). Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant and plaintiffs in Nos. 05-956T & 05-971T shall respond by April 14, 2006.

2. Plaintiffs may reply by April 18, 2006.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge