# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.**, *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** * (Filed Apr. 19, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Briefing having been completed pursuant to the order entered on April 13, 2006, and plaintiffs having requested that argument be held on the matter,

**IT IS ORDERED**, as follows:

Argument on plaintiffs' motion to consolidate shall be held at 2:00 p.m. on Thursday, April 27, 2006, in the Howard T. Markey National Courts Building. The Clerk of the Court shall serve this order on plaintiffs in Nos. 05-956T & 05-971T. The foregoing shall not affect the scheduling order entered on March 20, 2006, in David S. and Malia Litman v. United States, No. 05-956T, and Robert B. and Michelle Diner v. United States, No. 05-971T.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge