**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HOTELS.COM, INC. AND SUBSIDIARIES (f/k/a HOTEL RESERVATIONS NETWORK, INC.** | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 06-285 T** |
| | ) | **(Christine O. C. Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendant** | ) | |

**THE UNITED STATES' MOTION**
**FOR LEAVE TO FILE A REPLY BRIEF**
**IN SUPPORT OF CONSOLIDATION**

Pursuant to this Court's order of April 12, 2006, the United States and plaintiffs in *Litman et al. v. United States* and *Diener et al. v. United States*, filed responses to Hotels.com's motion to consolidate on April 14, 2006. The United States supported consolidation and the Litmans and Dieners objected to consolidation. Because the Litmans and Dieners' response brief contains several erroneous statement of law and fact, the United States requests leave to file the attached Reply Brief in Support of Consolidation in order to address these misstatements. Hotels.com does not oppose the United States' request to file the reply.

Respectfully submitted,

s/ Cory A. Johnson
CORY A. JOHNSON
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Station
Washington D.C. 20044
202-307-3046

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel

Dated: April 19, 2006