# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**HOTELS.COM, INC. and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.**, *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** * (Filed Apr. 27, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The United States' Motion for Leave to File a Reply Brief in Support of Consolidation filed on April 19, 2006, is granted and defendant's reply brief is deemed filed this date.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge