# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DAVID S. and MALIA A. LITMAN,** *

Plaintiffs, *

v. * No. 05-956T

**THE UNITED STATES,** * (Filed Apr. 27, 2006)

Defendant. *

______________________________________________

**ROBERT B. and MICHELLE S. DIENER,** *

Plaintiffs, *

v. * No. 05-971T

**THE UNITED STATES,** *

Defendant. *

______________________________________________ *

**HOTELS.COM, INC., and Subsidiaries (f/k/a HOTEL RESERVATIONS NETWORK, INC.),** *

Plaintiffs, *

v. * No. 06-285T

**THE UNITED STATES,** *

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______Along with their Complaint filed on April 10, 2006, plaintiffs filed a Notice of Directly Related Case and Plaintiffs' Motion for Consolidation. By order entered on April 13, 2006, the court expedited briefing. Defendant and plaintiffs in Nos. 05-956T & 05-971T responded on April 14, 2006; plaintiffs replied on April 18, 2006; and defendant moved to file a reply on April 19, 2006, which was granted this date.

Further to the argument held this date on plaintiffs' motion for consolidation in No. 06-275T, and for the reasons stated from the bench,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 40.2(a), because No. 06-275T invokes a common question of law and fact with Nos. 05-956T & 05-971T, these cases are consolidated in order to avoid unnecessary costs and delay.

2. Paragraph 2(1)-(4) of the scheduling order entered on March 20, 2006, remain in effect.

s/ Christine O. C. Miller
________________________________________
**Christine Odell Cook Miller**
Judge